IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MITCHELL RUTOSKEY | § | |
| (BOP Register No. 10560-014), | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:17-cv-655-B |
| | § | |
| DJ HARMON, Warden, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in

this case. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions

of the proposed findings, conclusions, and recommendation to which objection was made, and

reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding

no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge.

**SO ORDERED.**

DATED: APRIL 24, 2017

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-